AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

**FILED**

MAY 1 4 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
### V.

Yened Garcia

**Registration Number: 51484506**

☐ –

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:    3:26-cr-1821-DDL

Patrick Q. Hall
_____
Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s)   1 OF THE INFORMATION

☐ was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371 | Conspiracy to Commit Offenses Against the United States (Misdemeanor) | 1 |

The defendant is sentenced as provided on page _____2_____ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   UNDERLYING COUNTS           is dismissed on the motion of the United States.

☒ Assessment: $10.00

☒ Fine waived    ☐ Forfeiture pursuant to order filed                          , included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 14, 2026
_____
Date of Imposition of Sentence

_____
HONORABLE DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

DEFENDANT: Yened Garcia                                    Judgment – Page 2 of 2
CASE NUMBER: 3:26-cr-1821-DDL

## PROBATION
Upon release from imprisonment, the defendant will be on probation for a term of:
1 YEAR UNSUPERVISED

## MANDATORY CONDITIONS

1. The defendant must not commit any federal, state or local crime.

3:26-cr-1821-DDL